BERNARD KREIZER, Respondent, *v.* YOSHIZO KITAOKA, Appellant.

APPEAL from an order adjudging the defendant guilty of willful contempt of court.

Stern, Singer & Barr (William J. Barr, of counsel), for appellant.

Fromme Brothers (James A. Douglas, of counsel), for respondent.

*Per Curiam.* The order appealed from must be affirmed. The record shows willful contempt for the court's mandate. The defendant disposed of his property contrary to the injunction contained in the order for his examination, thereby causing plaintiff's damage in, at least, the sum of $250.

The order appealed from is affirmed, with costs.

Present: FITZSIMONS, Ch. J., DELEHANTY and SCHUCHMAN, JJ.

Order affirmed, with costs.